**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR 01-01144-004-PHX-FJM |
| Plaintiff, | ) |
| vs. | ) |
| Theodora Louise Gonzales, | ) **ORDER** |
| Defendant. | ) |

A detention hearing on the Petition on Probation was held on October 20, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that she is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 21st day of October, 2005.

Lawrence O. Anderson
United States Magistrate Judge